# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTOSS, INC. | PLAINTIFF |
| v. | Case No. 1:20-cv-00741 |
| ARTOSS GmbH | DEFENDANT |
| ARTOSS GmbH | COUNTER-CLAIMANT |
| v. | |
| ARTOSS, INC. | COUNTER-DEFENDANT |

## PLAINTIFF ARTOSS, INC.'S MOTION TO AMEND THE JUDGMENT

Pursuant to Fed. R. Civ. P. 59(e), Plaintiff Artoss, Inc. respectfully moves the Court to amend the Court's November 22, 2022 Judgment (D.I. 293) to award: (1) declaratory judgment in favor of Artoss, Inc. and against ARTOSS GmbH on Count IV of Artoss, Inc.'s Amended Complaint (D.I. 62) that provides express declaration of Artoss, Inc.'s rights under the Distributor Agreement, consistent with the jury's findings; (2) a permanent injunction to enjoin ARTOSS GmbH from continuing to reject valid purchase orders and/or demand payment terms that differ from the terms of the Distributor Agreement; and (3) prejudgment interest on the damages awarded by the jury's verdict and the Court's Judgment in the amount of $88,251.81.

The grounds for this Motion are set forth in and supported by Artoss, Inc.'s Opening Brief and the Declaration of Gerald H. Fornwald, with exhibits, filed concurrently herewith.

Dated: December 9, 2022

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Kelly A. Green*
Kelly A. Green (No. 4095)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
kag@skjlaw.com

WINTHROP & WEINSTINE, P.A.

Gerald H. Fornwald, MN #345647
Chelsea A. Ahmann, MN #0399146
Cianna G. Halloran, MN #0402841
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
Email: gfornwald@winthrop.com
cahmann@winthrop.com
challoran@winthrop.com

*Attorneys for Plaintiff, Artoss, Inc.*